[No. 21350-1-III. Division Three. October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY L. LINDGREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02623-3, Michael E. Donohue and Robert D. Austin, JJ., entered July 19 and 31, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 21429-0-III. Division Three. October 21, 2003.]

GRANT MADSEN, *Petitioner*, v. CHARLOTTE L. DuBOIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 02-2-00054-5, Richard W. Miller, J., entered September 13, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 21446-0-III. Division Three. October 21, 2003.]

*In the Matter of the Marriage of* MICHELE UNSWORTH, *Respondent*, and REID ZIEGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-00630-9, David Frazier, J., entered August 28, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 21717-5-III. Division Three. October 21, 2003.]

DKS CONSTRUCTION MANAGEMENT, INC., *Respondent*, v. BAKER BOYER BANCORP, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-2-00754-9, Robert L. Zagelow, J., entered December 12, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.